UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **ETHAN RADVANSKY, on behalf of himself and others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **MAELYS COSMETICS LTD.** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:23-cv-00202-TCB ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Daryl Oestreich, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Maelys Cosmetics Ltd. in Dane County, WI on November 2, 2023 at 11:00 am at 301 S Bedford St, suite 1, Madison, WI 53703 by leaving the following documents with Steve Karis who as Customer Service Representative at CT Corporation System is authorized by appointment or by law to receive service of process for Maelys Cosmetics Ltd..

Summons In A Civil Action and Complaint

Additional Description:
I delivered the documents to Steve Karis, the Customer Service Representative, for Registered Agent, CT Corporation System.

White Male, est. age 30, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=43.0666996,-89.3885605
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Rock County__ , __WI__ on __11/2/2023__ . | /s/ *Daryl Oestreich* <br> Signature <br> Daryl Oestreich <br> +1 (608) 440-5320 |



Exhibit 1a)