# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| ETHAN RADVANSKY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MAELYS COSMETICS LTD.,<br><br>  Defendant. | Civil File No. 3:23-cv-00202-TCB |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to LR 3.3, Plaintiff files this Certificate of Interested Persons.

(1) The undersigned Counsel of Record certifies that the following is a full and complete list of all parties in this action:

Plaintiff:  Ethan Radvansky.

Defendant:  Maelys Cosmetics Ltd.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a

financial interest in or other interest which could be substantially affected the outcome of this particular case:

For Plaintiff:  Heidarpour Law Firm, PLLC.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:  Steven H. Koval, and Anthony Paronich.

Dated:  Nov. 4, 2023				Respectfully submitted,

**THE KOVAL FIRM, LLC**

By: s/Steven H. Koval
Steven H. Koval
Attorney for Plaintiff
Georgia Bar No. 428905
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
SHKoval@aol.com

By: s/Anthony Paronich
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100
Email:  anthony@paronichlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing document was prepared on a computer, using Times New Roman 14 point font.

This 4th day of Nov., 2023.

        s/Steven H. Koval
        Steven H. Koval
        Georgia Bar No. 428905